**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| 1701 Bingle, LLC. | ) Case No.  26-32479 |
| | ) |
| Debtor. | ) Subchapter V |
| | ) |
| | ) |

## Chapter 11 Status Conference Statement

1701 Bingle, LLC ("1701" or "Debtor"), Debtor-in-possession, in the above bankruptcy case, hereby files this Chapter 11 Status Conference Statement and would show unto the Court the following:

a. the efforts the debtor has undertaken and will undertake to attain a consensual reorganization plan;

- The Debtor has attempted to conduct communication through its attorney with the attorneys for Fair Road Properties, Landco Investments, Inc., Safra Properties, Inc. and Sheffield Properties Inc. and for the purpose of managing relationships and attaining a consensual reorganization plan.

b. any complications the debtor anticipates in promptly proposing and confirming a plan, including any need for discovery, valuation, motion practice, claim adjudication, or adversary proceeding litigation;

- Debtor believes there may be some contested valuation on the collateral securing Fair Road Properties, Landco Investments, Inc., Safra Properties, Inc. and Sheffield Properties Inc..

c. an outline of the proposed plan;

- Debtor proposes paying the secured creditors the agreed upon or litigated fair market value for the collateral securing the debts of Fair Road Properties, Landco Investments, Inc., Safra Properties, Inc. and Sheffield Properties Inc. and within 60 months.
- Debtor proposes foreclosing on non-performing properties and paying the proceeds after resell to its secured creditors to pay off the plan sooner if possible.

d.  a description of the nature of the debtor's business or occupation, the primary place of business, the number of locations from which it operates, and the number of employees or independent contractors it utilizes in its normal business operations and the goals of the reorganization plan;

- 1701 Bingle, LLC is a business that owns, operates, maintains, sells and makes improvements on real property. 1701 Bingle, LLC owns 92 real estate properties.
- 1701 Bingle, LLC. currently operates with 4 employees.
- Debtor plans to reorganize its secured debt by paying the collateral value over 60 months.
- All priority debt will be paid within 60 months.
- Debtor's unsecured creditors will be paid as disposable income allows. The primary place of business for 1701 Bingle, LLC.is 10200 Hempstead Road Ste 1-H, Houston, TX 77092

e.  any motions that the debtor contemplates filing or expects to file before confirmation;

- Debtor does not contemplate filing any further motions at this time

f.  any objections to any claims or interests the debtor expects to file before confirmation and any potential need to estimate claims for voting purposes;

- Debtor does anticipate objecting to various secured claims based on the valuation of the collateral.

g.  the business, financial, and other problems that prompted the filing of this case;

- Debtor has experienced a material decline in cash flow due to deteriorating economic conditions affecting its customer base. Many customers have become unable to make contractual payments, in part due to substantially increased property tax assessments and other operating costs beyond their control. This has resulted in reduced collections and insufficient liquidity for the Debtor to satisfy its operating expenses and secured debt obligations.
- Debtor was unable to maintain ongoing operations and its cash flow was severely impacted.

h.  attendance at a meeting of creditors pursuant to 11 U.S.C. § 341(a);

- Debtors meeting of creditors is scheduled for 5/19/2026.

i.  the Estate's need for professionals (e.g., attorneys, accountants, brokers, etc.);

- Attorney for the purpose of representing the Debtor in Bankruptcy.
- Subchapter V Trustee Services
- Accountant

j.  whether the debtor is current on the filing of all required tax returns;

k.

- Debtor is in the process of filing his 2024 and 2025 returns.

l.  unique issues concerning secured debt, employees, cash collateral, executory contracts, and existing management.

- Existing management anticipates staying in place to guide the reorganization. Debtor has resolved its cash collateral issues by agreed order.

m.  postpetition operations and revenue.

- Debtor's gross revenue from January 1, 2025 – December 31, 2025 was $245,815.02.

n.  status of any litigation pending in or outside this Court;

- Debtor does not have any outside pending litigations.

o.  compliance with requests for information from the United States Trustee including, but not limited to, requests made in the initial debtor interview; Debtor has complied with all requests to date with the exception of:

- Needs to file monthly operating report for May 2026.

p.  type and adequacy of insurance coverage;

- The Debtor carries insurance coverage through Maxum Indemnity Company

q.  Debtor-In-Possession Bank Account;

- Debtor has opened a Debtor-In Possession Bank Account at Bank of America account endings in 3822.

r.  any other matters that might materially affect the administration of this case.

- None presently.

Dated: 5/20/2026

Respectfully Submitted,

/s/ Vicky M. Fealy
The Fealy Law Firm, PC
TX Bar No. 06870120
1235 North Loop W, Suite 1120
Houston, Texas 77008
(713) 526-5220 phone
(713)526-5227 fax
vfealy@fealylawfirm.com
PROPOSED ATTORNEY FOR DEBTOR

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing was served to all parties in interest listed below and/or on the attached service list either electronically or via first class U.S. Mail, postage prepaid, on 5/20/2026:

1701 Bingle, LLC
10200 Hempstead Road Ste 1-H
Houston, TX 77092

26-32479 Notice will be electronically mailed to:

Jeannie Lee Andresen on behalf of Creditor City of Houston
houston_bankruptcy@lgbs.com

Jeannie Lee Andresen on behalf of Creditor Harris County ESD #01
houston_bankruptcy@lgbs.com

Jeannie Lee Andresen on behalf of Creditor Harris County ESD #10
houston_bankruptcy@lgbs.com

Jeannie Lee Andresen on behalf of Creditor Harris County ESD #14
houston_bankruptcy@lgbs.com

Jeannie Lee Andresen on behalf of Creditor Houston City College
houston_bankruptcy@lgbs.com

Jeannie Lee Andresen on behalf of Creditor Houston ISD
houston_bankruptcy@lgbs.com

Jeannie Lee Andresen on behalf of Creditor Liberty County
houston_bankruptcy@lgbs.com

Jeannie Lee Andresen on behalf of Creditor Lone Star College System
houston_bankruptcy@lgbs.com

John V Burger on behalf of Creditor LANDCO INVESTMENTS, INC
bankruptcy@burgerlawfirm.com, dwbarry@swbell.net;i-got-notices.dwb@swbell.net;burgerlawfirm@aol.com;johnburger@burgerlawfirm.com;burgerlawfirmhouston@gmail.com;BurgerLawFirm@jubileebk.net

Thomas A Howley
tom@howley-law.com, thowley@ecf.axosfs.com

Ha Minh Nguyen on behalf of U.S. Trustee US Trustee
ha.nguyen@usdoj.gov

Julie Anne Parsons on behalf of Creditor The County of Henderson, Texas
jparsons@mvbalaw.com,

amy.gates@mvbalaw.com;kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

Melissa E Valdez on behalf of Creditor Humble Independent School District
mvaldez@pbfcm.com, mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

/s/ Vicky M. Fealy
Vicky M. Fealy

      VERIFICATION OF TRANSMITTAL TO U.S. TRUSTEE The undersigned, an attorney, under penalties of perjury, verifies that a copy of the Motion was delivered to the United States Trustee on 5/20/2026, by electronic delivery by the clerk of the Bankruptcy Court

/s/ Vicky M. Fealy
Vicky M.

Label Matrix for local noticing
0541-4
Case 26-32479
Southern District of Texas
Houston
Wed May 20 22:28:51 CDT 2026

1701 Bingle, LLC
10200 Hempstead Road Ste 1-H
Houston, TX 77092-8429

City of Houston
Linebarger Goggan Blair & Sampson LLP
c/o Jeannie Lee Andresen
P.O. Box 3064
Houston, TX 77253-3064

Harris County ESD #01
Linebarger Goggan Blair & Sampson LLP
c/o Jeannie L. Andresen
PO Box 3064
Houston, TX 77253-3064

Harris County ESD #10
Linebarger Goggan Blair & Sampson LLP
c/o Jeannie L. Andresen
PO Box 3064
Houston, TX 77253-3064

Harris County ESD #14
Linebarger Goggan Blair & Sampson LLP
c/o Jeannie L. Andresen
PO Box 3064
Houston, TX 77253-3064

Houston City College
Linebarger Goggan Blair & Sampson LLP
c/o Jeannie L. Andresen
PO Box 3064
Houston, TX 77253-3064

Houston ISD
Linebarger Goggan Blair & Sampson LLP
c/o Jeannie Lee Andresen
PO Box 3064
Houston, TX 77253-3064

LANDCO INVESTMENTS, INC
c/o John V. Burger
Barry and Sewart. PLLC
4151 Southwest Freeway, Suite 680
STE 680
Houston, TX 77027-7405

Liberty County
Linebarger Goggan Blair & Sampson LLP
C/O Jeannie Lee Andresen
P.O. Box 3064
Houston, TX 77253-3064

Lone Star College System
Linebarger Goggan Blair & Sampson LLP
c/o Jeannie Lee Andresen
PO Box 3064
Houston, TX 77253-3064

The County of Henderson, Texas
c/o McCreary, Veselka, Bragg & Allen
P.O. Box 1269
Round Rock, TX 78680-1269

4
United States Bankruptcy Court
PO Box 61010
Houston, TX 77208-1010

CRAIG C. LESOK, PLLC
226 Bailey Avenue, Ste 101
Fort Worth, TX 76107-1260

City of Houston
c/o Jeannie L. Andresen
Linebarger Goggan Blair & Sampson LLP
PO Box 3064
Houston, TX 77253-3064

Fair Road Properties
Po Box 69
Rockwall, TX 75087-0069

HUMBLE INDEPENDENT SCHOOL DISTRICT
P.O. BOX 2000
HUMBLE TX 77347-2000

Harris County ESD #01
c/o Jeannie L. Andresen
Linebarger Goggan Blair & Sampson LLP
PO Box 3064
Houston, TX 77253-3064

Harris County ESD #10
c/o Jeannie L. Andresen
Linebarger Goggan Blair & Samson LLP
PO Box 3064
Houston, TX 77253-3064

Harris County ESD #14
c/o Jeannie L. Andresen
Linebarger Goggan Blair & Sampson LLP
PO Box 3064
Houston, TX 77253-3064

Houston City College
c/o Jeannie L. Andresen
Linebarger Goggan Blair & Sampson LLP
PO Box 3064
Houston, TX 77253-3064

Houston ISD
c/o Jeannie L. Andresen
Linebarger Goggan Blair & Sampson LLP
PO Box 3064
Houston, TX 77253-3064

Landco Investments INC
50 W Mashta Dr Suite 1
Key Biscayne, FL 33149-2431

Landco Investments INC
50 W Mashta Dr. Suite 1
Kaufman, TX 33149-2431

Landco Investments INC
5091 County Road 4101
Kaufman, TX 75142-6850

Landco Investments, Inc.
P.O. Box 69
Key Biscayne, FL 33149

Law Office of Daniel L. Sullivan
8035 E R L Thornton Fwy 518 B
Dallas, TX 75228-7079

Liberty County
c/o Jeannie L. Andresen
Linebarger Goggan Blair & Sampson LLP
PO Box 3064
Houston, TX 77253-3064

Lone Star College System
c/o Jeannie L. Andresen
Linebarger Goggan Blair & Sampson LLP
PO Box 3064
Houston, TX 77253-3064

Safra Properties Inc
Po Box 69
Rockwall, TX 75087-0069

Sheffield Properties Inc
PO Box 69
Crandall, TX 75114-0069

Sheffield Properties Inc
PO Box 69
Rockwall, TX 75087-0069

Sheffield Properties Inc
Po Box 69
Weston, TX 75097-0069

The Fealy Law Firm, PC
1235 North Loop West Suite 1120
Houston, TX 77008-4711

US Trustee
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002-2604

Thomas A Howley
Howley Law PLLC
700 Louisiana Street, Ste. 4220
Houston, TX 77002-2881

Vicky M Fealy
Fealy Law Firm, PC
1235 North Loop W, Ste 1120
Houston, TX 77008-4711

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Humble Independent School District

(d)1701 Bingle, LLC
10200 Hempstead Road Ste 1-H
Houston, TX 77092-8429

(d)Landco Investments INC
50 W Mashta Dr. Suite 1
Key Biscayne, FL 33149-2431

(d)Safra Properties Inc
Po Box 69
Rockwall, TX 75087-0069

(d)Sheffield Properties Inc
Po Box 69
Rockwall, TX 75087-0069

(u)Alberto Maldonado Rodriguez

(u)Alejo Hernandez

(u)Alfredo Nino

(u)Allan Reyes

(u)Angela Marie Fraire

(u)Angelica Roman de Vega

(u)Apolinar Fraire Lira

(u)Aquino Emmanuel Cazares

(u)Ayde Yepez Escudero

(u)Benigno Vazquez Guillen

(u)Carlos Martinez Castillo

(u)Claudia Ramos

(u)Cynthia Pea Ugartechea

(u)Damian Miranda Gonzalez

(u)Eduardo Cornejo

(u)Efrain Isidro Garcia Pea

(u)Ernesto Lugo

(u)Fidencio Zamaniego Rodriguez

(u)Floriberto Santos

(u)Francisco Carrillo

(u)Hugo Nunes

(u)Isidro Rodriguez

(u)Jasmin Castro

(u)Jesus Omar Villareal Guerrero

(u)Jorge Amador

(u)Jose De Jesus Alvarez

(u)Jose U Castro

(u)Leonor Murillo

(u)Lorenza Paredez

(u)Maria Guadalupe Martinez Lopez

(u)Maria Guadalupe Salas Nieves

(u)Maribel Amador

(u)Maricela Gaspar Dominguez

(u)Martha Martinez

(u)Miguel Murillo Escobedo

(u)Nelly Sosa

(u)Olga Ramos Aguirre

(u)Oscar Neftali Ramos Galdamez

(u)Perla Anahi Nino Tovar

(u)Ricardo Vega rosales

(u)Rodolfo Huerta

(u)Ruben Rojas Lira

(u)Stacey Reyes

(u)Timoteo Tapia                    (u)Victor M Martinez                    (u)Wendy Magaly Salinas Caceres

(u)Yasmin Brenda Ortega             (u)Ysmael Sosa                          End of Label Matrix
                                                                           Mailable recipients    36
                                                                           Bypassed recipients    53
                                                                           Total                  89